In the Matter of the Application of SAMUEL GELLMAN, an Attorney, Appellant. ROSICATO BUILDERS, INC., Plaintiff, v. BERRIAN & 45TH REALTY CORP. et al., Defendants. WILLIAM GREEN, Doing Business under the Name of GREEN CONSTRUCTION COMPANY, Respondent.— Despite the fact that appellant did not seek to recover on a *quantum meruit* basis, the learned Official Referee must have fixed the acount allowed on that basis. There is no proof of fraud or illegality in the inception of the retainer, but an interpretation is required

to determine whether the contingent percentage provided for therein should apply on the gross or net recovery. By the terms of the retainer appellant is entitled to 40% of the net amount, $6,412.01, or $2,564.80. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.